**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1113**

ADESOLA AYOOLA ONI,

Petitioner,

v.

MICHAEL B. MUKASEY, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  September 26, 2008      Decided:  October 10, 2008

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Irena I. Karpinski, LAW OFFICES OF IRENA I. KARPINSKI, Washington, D.C., for Petitioner. Gregory G. Katsas, Assistant Attorney General, Mark C. Walters, Assistant Director, Joanne E. Johnson, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adesola Ayoola Oni, a native and citizen of Nigeria, seeks review of an order of the Board of Immigration Appeals affirming without opinion the decision of the Immigration Judge denying his request for a continuance. We have carefully reviewed the record and conclude that the decision to deny a continuance was not an abuse of discretion. See 8 C.F.R. § 1003.29 (2008); Onyeme v. INS, 146 F.3d 227, 231 (4th Cir. 1998). We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED